**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JAMES CORREA, ON HIS OWN BEHALF AND OTHERS SIMILARLY SITUATED,**

        **Plaintiffs,**

**-vs-**                        Case No.  6:10-cv-1656-Orl-28DAB

**JOE GOLDBLATT, THE GOLDBLATT GROUP, INC.,**

        **Defendants.**

_____

## ORDER

The matter is before the Court upon review of the Mediation Report (Doc. No. 23), indicating that the case has completely settled.  To the extent the parties desire a fairness review,[1] the parties shall file settlement documents sufficient to perform the review, including evidence with respect to the reasonableness of any attorney's fee, within fourteen days of the date of this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 12, 2011.

                                         *David A. Baker*
                                  DAVID A. BAKER
                        UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

---

[1] See *Lynn's Food Stores, Inc. v. United States,* 679 F.2d 1350 (11th Cir. 1982).