# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JAMES CORREA, ON HIS OWN BEHALF AND OTHERS SIMILARLY SITUATED,**

**Plaintiffs,**

-vs-                               Case No. 6:10-cv-1656-Orl-28DAB

**JOE GOLDBLATT, THE GOLDBLATT GROUP, INC.,**

**Defendants.**
_____

# ORDER

This case is before the Court on the Joint Motion for Approval of Settlement (Doc. No. 25) filed August 25, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed September 9, 2011 (Doc. No. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement is **GRANTED in part.**

3. The Court finds the Settlement Agreement is a fair and reasonable resolution of a Fair Labor Standard Act dispute and it is approved.

4. The Court declines to reserve jurisdiction to enforce the settlement agreement.

5. This case is dismissed with prejudice.

6. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 4th day of October, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record